No. 79–374. BIRMINGHAM TRUST NATIONAL BANK *v.* HARRISON ET AL.; and

No. 79–386. HARRISON *v.* BIRMINGHAM TRUST NATIONAL BANK ET AL. Sup. Ct. Ala. Certiorari denied.

No. 79–729. MILLICAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–784. GROVER, TRUSTEE IN BANKRUPTCY *v.* COUNTY OF NAPA. C. A. 9th Cir. Certiorari denied.

No. 79–790. COMMITTEE FOR AUTO RESPONSIBILITY ET AL. *v.* FREEMAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–815. DIPALERMO *v.* UNITED STATES; and

No. 79–819. LOMBARDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–876. McILVANE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–956. FORT VANCOUVER PLYWOOD CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 79–963. TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 79–973. BURGETT ET UX. *v.* FEDERAL LAND BANK OF WICHITA. Sup. Ct. N. M. Certiorari denied.

No. 79–984. INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, LOCAL 433 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.